IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH W. BENDER, JEREMY W. STROEBEL,
THOMAS G. WHITE, JR., TYLER S. HOLMAN,
CHELSEA N. CADOTTE, ARIC A. ELMORE,
STANCHELLE L. HANKINS, CODY L. HANSEN,     Case No. 19-cv-29-wmc
LINDSY MASON, JR., PENG N. LOR, BRYANT J.
SWIGGUM, and HOMER D. TAYLOR, JR.,

    Plaintiffs,

v.

STATE OF WISCONSIN, ANTHONY S. EVERS,
and KELLI S. THOMPSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants State of Wisconsin, Anthony S. Evers, and Kelli S. Thompson against plaintiffs Joseph W. Bender, Jeremy W. Stroebel, Thomas G. White, Jr., Tyler S. Holman, Chelsea N. Cadotte, Aric A. Elmore, Stanchelle L. Hankins, Cody L. Hansen, Lindsy Mason, Jr., Peng N. Lor, Bryant J. Swiggum, and Homer D. Taylor, Jr. dismissing the case.

| | |
|---|---|
|    s/ K. Frederickson, Deputy Clerk    | September 19, 2019 |
| Peter Oppeneer, Clerk of Court | Date |